**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

ANSELL GRIMM & AARON, P.C.
James G. Aaron, Esq.
Anthony D'Artiglio, Esq.
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, New Jersey 07424
Tel: (973) 247-9000
E-mail: adartiglio@ansell.law
*Proposed Attorneys for Nostrum Laboratories, Inc.*

In re:

NOSTRUM LABORATORIES, INC.,

      Debtor.

Case No.: 24-19611

Chapter 11

Honorable John K. Sherwood, U.S.B.J.

**SUBSTITUTION OF COUNSEL**

The undersigned hereby consent to the substitution of Ansell Grimm & Aaron, P.C. as proposed attorneys for Debtor Nostrum Laboratories, Inc. in the above captioned matter. A formal notice of appearance and application to be retained as counsel will be filed separately.

ANSELL GRIMM & AARON, P.C.
Superseding Attorneys

By:_____
    ANTHONY J. D'ARTIGLIO, ESQ.

Dated: October 7, 2024

GREENBAUM, ROWE, SMITH & DAVIS, LLP
Withdrawing Attorneys

By:_____
    DAVID BRUCK, ESQ.

Dated: October 7, 2024