**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANSELL GRIMM & AARON, P.C.
Anthony D'Artiglio, Esq. (117682014)
Layne A. Feldman, Esq. (167042015)
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, New Jersey 07424
Tel:  (973) 247-9000
E-mail:  adartiglio@ansell.law
         lfeldman@ansell.law

*Attorneys for Nostrum Laboratories, Inc.*

In re:

NOSTRUM LABORATORIES, INC.,

       Debtor.

Case No.: 24-19611

Chapter 11

Honorable John K. Sherwood, U.S.B.J.

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1), 342, and 1109(b), the undersigned attorneys for Debtor, Nostrum Laboratories, Inc. request that all notices given or required to be given in this action and all related actions, be given and served upon the following:

Layne A. Feldman, Esq.
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, New Jersey 07424
Tel. (973) 247-9000
Email: lfeldman@ansell.law

    PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes that the above attorneys request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

Dated: October 7, 2024

                            *s/Layne A. Feldman*
                            Layne A. Feldman, Esq.