| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>ANSELL GRIMM & AARON, P.C.<br>Anthony D'Artiglio, Esq. (117682014)<br>James G. Aaron, Esq.<br>Ansell Grimm & Aaron, P.C.<br>365 Rifle Camp Road<br>Woodland Park, New Jersey 07424<br>Tel: (973) 247-9000<br>E-mail: adartiglio@ansell.law<br>*Proposed Attorneys for Nostrum Laboratories, Inc.* | **Order Filed on October 25, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>NOSTRUM LABORATORIES, INC.,<br><br>Debtor. | Case No.: 24-19611<br><br>Chapter 11<br><br>Honorable John K. Sherwood, U.S.B.J. |

**ORDER DENYING CREDITOR CITIZEN BANK N.A.'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE OR, IN THE ALTERNATIVE, DISMISS THE CASE**

The relief set forth on the following page number (2) is hereby **ORDERED**.

**DATED: October 25, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

1

As stated on the record on October 23, 2024, Creditor Citizen Bank N.A.'s Motion to Appoint a Chapter 11 Trustee or, in the Alternative, Dismiss the Case, is hereby **DENIED WITHOUT PREJUDICE**.