UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ansell Grimm & Aaron, P.C.
James G. Aaron, Esq.
Anthony J. D'Artiglio, Esq.
365 Rifle Camp Road
Woodland Park, New Jersey 07424
Tel: (973)-247-9000
email: adartiglio@ansell.law
Attorneys for Debtor Nostrum Laboratories, Inc.

Order Filed on November 25, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nostrum Laboratories, Inc.,

Debtor.

Case No.: _____ 24-19611 _____

Chapter: _____ 11 _____

Judge: _____ John K. Sherwood _____

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: November 25, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of _____ Nostrum Laboratories, Inc. _____ for the reduction of time for a hearing on _motion to extend the automatic stay pursuant to 11 U.S.C. 362(a) and granting a_ _preliminary injunction and restraining order under 11 USC 105(a)_ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ December 3, 2024 _____ at _10:00 AM_ in the United States Bankruptcy Court, _____ 50 Walnut Street, Newark New Jersey 07102 _____, Courtroom No. ___3D___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _UST, secured creditors and their counsel (if any), and counsel to the Official Committee of Unsecured_ _Creditors_

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.
*to the extent that email addresses are known*

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐  must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒  may be presented orally at the hearing.

8.   ☒  Court appearances are required to prosecute the motion/application and any objections.

☐  Parties may request to appear by phone by contacting Chambers prior to the return date.

X - Movant's Counsel and any individual/party opposing the motion must appear at the hearing either in-person or *via* Court Solutions by registering for the hearing on Court Solutions.

X - Other individuals/parties/counsel may attend the hearing in-person or *via* Court Solutions by registering for the hearing on Court Solutions.

*rev.1/12/22*