---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

TIMOTHY P. NEUMANN, ESQ. [005081973]
GEOFFREY P. NEUMANN, ESQ. [59702019]
BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
timothy.neumann25@gmail.com
geoff.neumann@gmail.com

*Proposed Substituted Counsel for Debtor-in-Possession*
*Nostrum Laboratories, Inc*

In Re:

NOSTRUM LABORATORIES, INC.

                      Debtor.

Case No.: 24-19611

Chapter 11

Honorable John K. Sherwood, U.S.B.J.

---

Recommended Local Form:  **X** Followed  ☐ Modified.

---

**APPLICATION FOR RETENTION OF PROFESSIONAL**
**AND CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)**

1. The applicant, Nostrum Laboratories, Inc. is the

    ☐ Trustee:   ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

    ■ Debtor:    ■ Chap. 11   ☐ Chap. 13

    ☐ Official Committee of _____

2. The applicant seeks to retain the following professional, Broege, Neumann, Fischer & Shaver, LLC, to serve as:

    ■ Attorney for:   ☐ Trustee   ■ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ☐ Other (specify):_____

3. The employment of the professional is necessary because: Applicant requires the services of attorneys who are experienced in the complex area of bankruptcy law and who will be able to render legal advice and counsel to assist applicant in its goal to reorganize under Chapter 11 of the Bankruptcy Code. Applicant's present counsel has communicated its desire to withdraw as counsel and Applicant needs counsel in order to continue the prosecution of its Chapter 11 case and reorganize.

4. The professional has been selected because: the professional has experience in bankruptcy law and matters of the type for which retention is applied for.

5. The professional services to be rendered are as follows:

a) advising applicant as to its duties as a debtor-in-possession under the Bankruptcy Code, including, without limitation, the obligation to open debtor-in-possession bank accounts, file monthly operating reports with the Bankruptcy Court and the office of the United States Trustee, pay quarterly fees to the United States Trustee, maintain adequate insurance on all assets of the bankruptcy estate, pay all post-petition taxes when due and file timely returns therefor, neither hire nor pay any professional without prior authorization of the Bankruptcy Court, neither sell nor dispose of any assets outside the ordinary course of business without prior authorization of the Bankruptcy Court;

b) representing applicant at any and all hearings and at any meetings between applicant and creditors or creditors committees;

c) assisting applicant in obtaining the authorization of the Bankruptcy Court to retain such accountants, appraisers or other professionals whose services applicant may require in connection with the operation of its business or the administration of the Chapter 11 proceedings;

2

d) defending any motions made by secured creditors to enable applicant to retain the use of assets needed for an effective reorganization;

e) negotiation with priority, secured and unsecured creditors to achieve a consensual resolution of their respective claims and the incorporation of such resolution into a plan of reorganization;

f) filing and prosecution of motions to expunge or reduce claims which applicant disputes;

g) representation of applicant in the Bankruptcy Court at such hearings as may require applicant's presence or participation to protect the interest of applicant and the bankruptcy estate;

h) formulation, negotiation, preparation and filing of a disclosure statement and plan of reorganization (or liquidation) which conforms to the requirements of the Bankruptcy Code and applicable rules of procedure;

i) representing applicant at hearings on the approval of the disclosure statement and confirmation of a plan of reorganization and responding to any objections to same filed by creditors or other parties in interest;

j) assisting applicant in discharging its obligations in consummating any plan of reorganization which is confirmed;

k) advising applicant whether and to what extent any of its assets constitute cash collateral under the Bankruptcy Code and prosecuting applications for authorization to use any such assets;

l) providing such other varied legal advice and services as may be needed by applicant in the operation of its business or in connection with the Chapter 11 proceedings.

6. The proposed arrangement for compensation, including hourly rates, is set forth in detail in a comprehensive engagement agreement, the principal terms of which are as follows:: Applicant agrees to pay the professional, subject to the approval of the Bankruptcy Court, based upon the following hourly rates for the following individuals who applicant anticipates will or may render services on its behalf: Timothy P. Neumann - $790 per hour; Peter J. Broege, - $600.00; -associates - $450 per hour; paralegals - $250.00 per hour. Initial Retainer payment in the amount of $30,000.00, payable $15,000.00 on January 15, 2025 and $15,000.00 on or before January 30, 2025. Payments have been/will be made by Nirmal Mulye, the president of the Debtor, and Mr. Mulye shall have no claim against the

3

7. bankruptcy estate by reason of such payments. Time is billed in minimum increments of one-tenth (.1) of one hour per task, rounded up to the nearest tenth. Rates are subject to annual increases after the first of January in proportion to increases in the consumer price index for the previous 12-month period that has been published by the National Bureau of Labor Statics Consumer Price Index – All Urban Consumers, Northeast Region. All of out-of-pocket costs and disbursements including, without limitation, filing fees, photocopy charges, travel expenses, expert fees, appraisal costs, transcript fees and the like are also billed. All fees are subject to the approval of the Bankruptcy Court.

7. To the best of the Applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   Describe connection:   None

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ■    does not hold an adverse interest to the estate.

   ■    does not represent an adverse interest to the estate.

   ■    is a disinterested person under 11 U.S.C. § 101(14).

   ■    does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: <u>NA.</u>

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

NOSTRUM LABORATORIES, INC.

Date: January 15, 2025

By: /s/ *[signature]*
Nirmal Mulye, Pres.