| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>TIMOTHY P. NEUMANN, ESQ. [005081973]<br>GEOFFREY P. NEUMANN, ESQ. [59702019]<br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736<br>(732) 223-8484<br>timothy.neumann25@gmail.com<br>geoff.neumann@gmail.com<br><br>*Proposed Substituted Counsel for Debtor-in-Possession*<br>*Nostrum Laboratories, Inc* | |
| In Re:<br><br>**NOSTRUM LABORATORIES, INC.**,<br><br>                    Debtor. | Case No.: 24-19611<br><br>Chapter 11<br><br>Honorable John K. Sherwood, U.S.B.J. |

# CERTIFICATION OF SERVICE

1. I, Timothy Neumann, represent the Debtor in this matter.

2. On January 15, 2025, I sent a copy of the documents, orders and/or pleadings described on Schedule A hereto to the parties listed on Schedule B hereto.

3. I certify under penalty of perjury that the above documents were sent on the date, using the mode of service, and to the parties indicated.

Date:  January 15, 2025               */s/ Timothy P. Neumann*
                                                                          Timothy P. Neumann

# SCHEDULE A

| Served | Document/Pleading |
|---|---|
| ☐ | Notice of Motion to/for Close Case/Final Decree |
| ■ | Application for Retention of Counsel and Certification of Professional |
| ☐ | Supporting Certification/Application |
| ☐ | Opposing Certification |
| ■ | Proposed Order |
| ☐ | Brief/Memorandum of Law |
| ☐ | Summons |
| ☐ | Complaint |
| ☐ | Answer |
| ☐ | Answer and Counterclaim |
| ☐ | Monthly Fee Statement |
| ☐ | Order Shortening time |
| ☐ | Order Entered _____ |
| ☐ | Other: _____ |

Case 24-19611-JKS    Doc 225    Filed 01/15/25    Entered 01/15/25 23:55:30    Desc Main
Document    Page 2 of 12

**SCHEDULE B**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>1085 Raymond Blvd.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| The United States Trustee<br>Attn: Peter J. D'Auria, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5235 | Attorney for U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| James G. Aaron<br>Ansell Grimm and Aaron PC<br>1500 Lawrence Avenue<br>CN 7807<br>Ocean, NJ 07712<br>(732) 922-1000<br>Email: jgaaron@ansell.law | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |

| Name and Address | Role | Method of Service |
|---|---|---|
| Nirmal Mulye<br>1000 Biscayne Boulevard<br>Unit 4044<br>Miami, FL 33132-1771 | President of the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>■ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Nostrum Laboratories, Inc. 1800 N. Topping Avenue Kansas City, MO 64120-1228 | The Debtor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>■ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Anthony J D'Artiglio<br>Ansell Grimm & Aaron, PC<br>365 Rifle Camp Road<br>Woodland Park, NJ 07424<br>973-247-9000<br>Fax : 973-247-9199<br>Email: ADARTIGLIO@ANSELL.LAW | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |

| | | |
|---|---|---|
| Eugene D. Roth, Esq.<br>Valley Park East<br>2520 Highway 35, Suite 307<br>Manasquan, NJ 08736 | Attorney for Nostrum Pharmaceuticals, LLC and Nirmal Mulye | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Nicole Arianna Benis<br>Ansell Grimm & Aaron, P.C.<br>1500 Lawrence Avenue CN7807<br>Ocean, NJ 07712<br>732-643-5290<br>Email: nbenis@ansell.law | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Layne A. Feldman, Esq.<br>Ansell Grimm & Aaron, P.C.<br>365 Rifle Camp Road<br>Woodland Park, New Jersey 07424<br>Tel. (973) 247-9000<br>Email: lfeldman@ansell.law | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |

| Name/Address | Role | Service Method |
|---|---|---|
| David L. Bruck<br>Greenbaum, Rowe, Smith, et al.<br>P.O. Box 5600<br>Woodbridge, NJ 07095<br>(732) 549-5600<br>Fax : (732) 549-1881<br>Email: bankruptcy@greenbaumlaw.com<br>TERMINATED: 10/07/2024 | Prior Attorney for Debtor; Admin Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Fran B. Steele, Esq.<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5504<br>(973) 645-3014<br>Fax : (973) 645-5993<br>Email: Fran.B.Steele@usdoj.gov | Attorney for US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Robert M. Schechter<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>Morristown, NJ 07962<br>(973) 889-4127<br>Email: rmschechter@pbnlaw.com | Attorney for the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |

| Name & Address | Role | Method |
|---|---|---|
| Kelly D. Curtin<br>Porzio, Bromberg & Newman, P.C<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997<br>973-538-4006<br>Fax : 973-538-5146<br>Email: kdcurtin@pbnlaw.com | Attorney for the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Michael F. Medved<br>Porzio, Bromberg & Newman, P.C<br>1675 Broadway, Suite 1810<br>New York, NY 10019 | Attorney for the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Jerome F Gallagher, Jr<br>Norris McLaughlin, PA<br>400 Crossing Boulevard<br>8th Floor<br>Bridgewater, NJ 08807<br>908-722-0700<br>Email: jfgallagher@norris-law.com | Attorney for creditor IPFS Corporation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Daniel Pereira, Esq.<br>Stradley Ronon Stevens & Young LLP<br>457 Haddonfield Road, Suite 100<br>Cherry Hill, NJ 08002<br>Tel: (856) 321-2409<br>Fax: (856) 321-2415<br>E-Mail: dpereira@stradley.com | Attorney for Citizens Bank, National Association | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |

| Name/Address | Role | Service Method |
|---|---|---|
| Julie M. Murphy, Esq.<br>Stradley Ronon Stevens & Young LLP<br>457 Haddonfield Road, Suite 100<br>Cherry Hill, NJ 08002<br>Tel: (856) 321-2409<br>Fax: (856) 321-2415<br>E-Mail: jmmurphy@stradley.com | Attorney for Citizens Bank, National Association | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Buchalter, a Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612-0514<br>Attention: Jeffrey K. Garfinkle<br>Telephone: (949) 760-1121<br>Email: jgarfinkle@buchalter.com | Attorney for McKesson Corporation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>Attention: Anthony Sodono, III<br>  Michele M. Dudas<br>Telephone: (973) 622-1800<br>Email: asodono@msbnj.com<br>mdudas@msbnj.com | Attorney for McKesson Corporation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Kirk T. Manhardt<br>Mary Schmergel<br>Leah V. Lerman<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875<br>Tel: (202) 307-0452<br>Fax: (202) 514-9163 | Attorney for the United States of America | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |

| | | |
|---|---|---|
| Carol Ann Slocum, Esquire<br>Klehr Harrison Harvey Branzburg LLP<br>10000 Lincoln Drive East, Suite 201<br>Marlton, NJ  08052<br>Telephone:  (856) 486-6961<br>Email:  cslocum@klehr.com | Attorney for AmerisourceBergen Drug Corporation and certain of its corporate affiliates | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, PA  19103<br>Attention:  Morton R. Branzburg<br>Telephone:  (215) 569-3007<br>Email:  mbranzburg@klehr.com | Attorney for AmerisourceBergen Drug Corporation and certain of its corporate affiliates | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Bruce W. Bieber, Esq.<br>Kurzman, Eisenberg, Corbin & Lever, LLP<br>One North Broadway<br>White Plains, NY 10601<br>Email: bbieber@kelaw.com | Attorney for Altro Pharmaceuticals, Inc | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Scott A. Zuber, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>Telephone: (973) 530-2046<br>Fax: (973) 325-1501<br>E-Mail:  szuber@csglaw.com | Attorney for Cardinal Health and affiliated companies | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |

| | | |
|---|---|---|
| Terri Jane Freedman, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>Telephone: (973) 530-2152<br>Fax: (973) 325-1501<br>E-Mail: tfreedman@csglaw.com | Attorney for Cardinal Health and affiliated companies | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐  E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Hogan Lovells US LLP<br>Christopher R. Donoho III<br>Christopher R. Bryant<br>390 Madison Avenue<br>New York, NY 10017<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>Email:<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com | Attorney for Mylan Pharmaceuticals Inc. and Mylan Ireland Ltd. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐  E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Thomas W. Heintschel, Esq.<br>Frederickson, Heintschel & King Co., L.P.A.<br>405 Madison Avenue, Suite 1212<br>Toledo, Ohio 43604<br>theintschel@fhk-law.com | Attorney for Waterford Bank, creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐  E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Eric R. von Helms<br>Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>2nd Floor<br>Milwaukee, Wisconsin 53212<br>Telephone:<br>(414) 962-5110<br>Facsimile:<br>(414) 962-8725<br>Email: evonhelms@kmksc.com | Attorney for Bank of America, N.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐  E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |

| Kevin R. Bradford, Esq.<br>Senior Deputy Attorney General<br>Office of Attorney General<br>The Phoenix Building<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>Tel: (267) 374-5450<br>Fax: (717) 772-4526<br>E-mail:<br>kbradford@attorneygeneral.gov | Attorney for Commonwealth of Pennsylvania, Department of Human Services | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Kyle F. Eingorn, Esquire<br>Dembo, Brown & Burns LLP<br>1300 Route 73, Suite 205<br>Mount Laurel, NJ 08054<br>Phone: (856) 354-8866<br>Fax: (856) 354-0971 | Attorney for Lamborghini Financial Services | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Michael E. Brown, Esquire<br>Dembo, Brown & Burns LLP<br>1300 Route 73, Suite 205<br>Mount Laurel, NJ 08054<br>Phone: (856) 354-8866<br>Fax: (856) 354-0971 | Attorney for Lamborghini Financial Services | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Pashman Stein Walder & Hayden, P.C.<br>Joseph C. Barsalona II, Esq.<br>David E. Sklar, Esq.<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601<br>Telephone: (201) 488-8200<br>Email:<br>jbarsalona@pashmanstein.com<br>dsklar@pashmanstein.com | Attorney for PSL Consulting, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |

| | | |
|---|---|---|
| Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br>Attn: Brian F. Moore, Esq.<br>(Bar ID 035791998)<br>E-Mail: bmoore@teamtogut.com | Attorney for Vintage Pharmaceuticals, LLC d/b/a Par Pharmaceutical (formerly d/b/a Qualitest Pharmaceuticals) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Nicola G. Suglia, Esquire<br>Fleischer, Fleischer & Suglia, P.C.<br>Four Greentree Centre<br>601 Route 73 North, Suite 305<br>Marlton, NJ 08053<br>(856) 489-8977<br>nsuglia@fleischerlaw.com | Attorneys for Creditor Canon Financial Services, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |