| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(C)<br><br>Julie M. Murphy<br>Stradley Ronon Stevens & Young, LLP<br>457 Haddonfield Rd., Suite 100<br>Cherry Hill, New Jersey 08002<br>T: (856) 321-2409<br>E-Mail: jmmurphy@stradley.com<br><br>*Attorneys for Citizens Bank, N.A.* | Order Filed on March 28, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NOSTRUM LABORATOREIS, INC.,<br><br>                                       Debtor. | Case No. 24-19611 (JKS)<br><br>Chapter 11<br>Judge: Hon. John K. Sherwood |

**CONSENT ORDER RESOLVING CITIZENS' SUPPLEMENT TO ITS MOTION TO COMPEL THE DEBTOR TO DESIGNATE AN OFFICER IN CHARGE OF THE SALE PROCESS OR, IN THE ALTERNATIVE TO SET A HEARING DATE FOR A RE-NOTICE OF CITIZENS MOTION FOR THE APPOINTMETN OF A CHAPTER 11 TRUSTEE**

The relief set forth on the following page is ORDERED

**DATED: March 28, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

1

Upon the Motion of Citizens Bank, N.A. ("Citizens") to Compel the Debtor to Designate an Officer in Charge of the Sale Process or, in the Alternative to Set a Hearing Date for a Re-Notice of Citizens Motion for the Appointment of a Chapter 11 Trustee (the "Re-Noticed Trustee Motion")[1], and upon consent of the Debtor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

2. The Debtor representatives permitted to participate in person in the auction scheduled to take place on April 1, 2025, who shall be authorized to act on the Debtor's behalf, shall be Bernard Berk, the Designated Officer, James Grainer, the Debtor's chief financial officer, and Timothy Neumann, counsel for the Debtor.

3. Dr. Mulye shall be available by phone only to supply any information that participants may need but shall not attend the auction in person and shall communicate solely through Mr. Berk, Mr. Grainer and/or Mr. Neumann. Dr. Mulye shall not communicate directly with any bidder or potential bidder.

---

[1] Capitalized terms used herein and not otherwise defined shall have the meaning set forth in the Re-Noticed Trustee Motion.