| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Timothy P. Neumann, Esq. [005081973]<br>Geoffrey P. Neumann, Esq. [59702019]<br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736<br>Tel.: (732) 223-8484<br>Email: timothy.neumann25@gmail.com<br>Email: geoff.neumann@gmail.com<br><br>*Counsel for Debtor-in-Possession Nostrum Laboratories, Inc.* | |
| In re:<br><br>**NOSTRUM LABORATORIES, INC.**,<br><br>Debtor. | Case No.: 24-19611<br><br>Chapter 11<br><br>Honorable John K. Sherwood, U.S.B.J. |

### NOTICE OF SUCCESSFUL BIDDER(S) AND BACK-UP BIDDER(S)

**PLEASE TAKE NOTICE** that on April 1, 2025, pursuant to the *Order Granting in Part and Denying in Part Motion of Official Committee of Unsecured Creditors for an Order Authorizing the Committee to Market the Debtors' Assets for Sale in a Joint Capacity With the Debtor and Approving Bidding Procedures* (Dkt. 268, the "Bidding Procedures Order"), Raymond James & Associates, Inc. on behalf of the Debtor, and in concert with the Consultation Parties, conducted an auction of the Debtor's assets which commenced on April 1, 2025 at 10:00 AM and concluded at approximately Midnight at the offices of Raymond James & Associates, Inc., 320 Park Avenue, New York, NY 10022. Subject to the approval of the Bankruptcy Court, the hearing to approve the results of the auction will occur on April 8 at 2:00 PM. The outside date for closing the sales to the successful bidders is April 18, 2025

1

The results of the auction are set forth on Exhibit A hereto. The following parties were successful bidders or back-up bidders:

| Name | Referred to in Exhibit A as: |
|---|---|
| ANI PHARMACEUTICALS, INC. | ANI |
| AVIV PHARMA INC. | AVIV |
| BIG SHOULDERS CAPITAL XII, LLC and FEDERAL EQUIPMENT COMPANY | BIG SHOULDERS |
| BIONPHARMA, INC. | BIONPHARMA |
| CHARTWELL PHARMACEUTICALS, LLC | CHARTWELL |
| EVEREST LIFE SCIENCES, LLC | EVEREST |
| KESIN PHARMA CORPORATION | KESIN |
| PAI HOLDINGS, LLC D/B/A PAI PHARMA | PAI |
| SOLIS PHARMACEUTICAL, INC. | SOLIS |
| STRIDES PHARMA, INC., | STRIDES |
| WATERFORD BANK | WATERFORD |

As indicated on Exhibit A, four (4) bids are subject to a "Hold Back." The Hold Back is the percentage of the bid (5%) that will be reserved to defray the costs incurred by the bidder in the event there is a recall of the product. The Hold Back will be later released to the Debtor to the extent no such costs are incurred.

Also note that as indicated in Exhibit A, a few products are owned by the Debtor's parent company and licensed to the Debtor, and the successful bidder will acquire the license to those products and not the product itself.

# EXHIBIT A

# Project Cure | Final Bid Lots

## A. KC Facility + 25 ANDAs

**KC Facility + 25 ANDAs included below:**

| | | Winning Bidder | | Backup Bidder | |
|---|---|---|---|---|---|
| | | Name | Bid Amount | Holdback % | Name | Bid Amount | Holdback % |
| 1. | 074404 Atenolol and Chlorthalidone | Everest | $1,900,000 | 0.0% | | | |
| 2. | 078149 BAC [1] | | | | | | |
| 3. | 076138 Ciprofloxacin | | | | | | |
| 4. | 076486 Enalapril Maleate and Hydrochlorothiazide | | | | | | |
| 5. | 076723 Hydromorphone Hydrochloride | | | | | | |
| 6. | 090511 Levetiracetam | | | | | | |
| 7. | 207587 Methylphenidate Tablets | | | | | | |
| 8. | 090427 Nabumetone | | | | | | |
| 9. | 203600 Phendimetrazine Tartarate | | | | | | |
| 10. | 074474 Pindolol (discontinued) | | | | | | |
| 11. | 203694 Ranitidine | | | | | | |
| 12. | 203394 Sevelamer Carbonate | | | | | | |
| 13. | 011722 TENUATE® | | | | | | |
| 14. | 078778 Tramadol Hydrochloride/Acetaminophen | | | | | | |
| 15. | 200430 Venlafaxine (discontinued) | | | | | | |
| 16. | 204691 Acetazolamide | | | | | | |
| 17. | 207237 Carisoprodol | | | | | | |
| 18. | 203243 Clarithromycin | | | | | | |
| 19. | 090359 Mefenamic Acid | | | | | | |
| 20. | 203832 Metformin (Fortamet) | | | | | | |
| 21. | 207726 Niacin | | | | | | |
| 22. | 205415 Pindolol | | | | | | |
| 23. | 087400 Theophylline – 100 mg, 200 mg, 300 mg and 450 mg [2] | | | | | | |
| 24. | 040560 Theophylline – 400 mg and 600 mg | | | | | | |
| 25. | 205468 Venlafaxine | | | | | | |

## B. Single KC ANDAs

| | | Name | Bid Amount | Holdback % | Name | Bid Amount | Holdback % |
|---|---|---|---|---|---|---|---|
| 1. | 077723 Hydrocodone Bitartrate and Ibuprofen | Strides | $200,000 | 0.0% | | | |
| 2. | 076756 Metformin (Glucophage) [2] | ANI | $200,000 | 5.0% | | | |
| 3. | 204954 Methylphenidate Chewable Tablets | Strides | $200,000 | 0.0% | | | |
| 4. | 074118 Piroxicam | Solis | $200,000 | 5.0% | | | |
| 5. | 012546 TENUATE® DOSPAN | ANI | $200,000 | 0.0% | | | |
| 6. | 088629 Acetaminophen and Codeine Phosphate | ANI | $500,000 | 0.0% | Strides | $400,000 | 0.0% |
| 7. | 077708 Cilostazol | Solis | $200,000 | 0.0% | | | |
| 8. | 203887 Dapsone | Solis | $300,000 | 5.0% | Strides | $250,000 | 0.0% |
| 9. | 209393 Doxycycline Capsules | Bionpharma | $50,000 | 0.0% | | | |
| 10. | 209560 Doxycycline Tablets | Aviv | $100,000 | 0.0% | | | |
| 11. | 203179 Calcium Acetate | Everest | $275,000 | 0.0% | Strides | $250,000 | 0.0% |
| 12. | 076697 Carbamazepine | ANI | $800,000 | 0.0% | Solis | $750,000 | 0.0% |
| 13. | 074415 Sucralfate | Chartwell | $4,250,000 | 0.0% | Everest | $4,000,000 | 0.0% |

(1) Pursuant to Royalty Agreement between NPLLC and NLI.
(2) Pursuant to Product License and Product Purchase Agreement between NPLLC and NLI.

**Project Cure | Final Bid Lots**

| | | Winning Bidder | | | Backup Bidder | |
|---|---|---|---|---|---|---|
| | | Name | Bid Amount | Holdback % | Name | Bid Amount | Holdback % |

**C. Group of 5 OH ANDAs**

5 OH ANDAs included below: — Solis — $250,000 — 0.0% — PAI — $225,000 — 0.0%

1. 085186 Elixophyllin
2. 210663 Hydrocodone Bitartrate/Homatropine Methylbromide
3. 201011 Morphine Sulfate
4. 201448 Oxycodone Hydrochloride and Acetaminophen [1]
5. 202060 PEG-3350

**D. Single OH ANDAs**

| # | ANDA | Drug | Winning Name | Winning Bid | Winning Holdback | Backup Name | Backup Bid | Backup Holdback |
|---|------|------|--------------|-------------|------------------|-------------|------------|-----------------|
| 1. | 075292 | Fluoxetine Hydrochloride | Solis | $275,000 | 0.0% | Strides | $250,000 | 0.0% |
| 2. | 090180 | Promethazine Hydrochloride and Codeine Phosphate | Chartwell | $275,000 | 0.0% | Strides | $250,000 | 0.0% |
| 3. | 088764 | Promethazine, Phenylephrine Hydrochloride and Codeine Phosphate | Chartwell | $100,000 | 0.0% | | | |
| 4. | 077105 | Valproic Acid | PAI | $350,000 | 0.0% | Solis | $325,000 | 0.0% |
| 5. | 040891 | Promethazine Hydrochloride | Strides | $175,000 | 0.0% | Kesin | $150,000 | 0.0% |
| 6. | 201355 | Nitrofurantoin | Strides | $1,500,000 | 0.0% | | | |

**E. Discontinued ANDAs**

9 Discontinued ANDAs included below: — Aviv — $500,000 — 0.0%

1. 074127 Atenolol
2. 075929 BACC
3. 204705 Dutasteride
4. 203087 Eszopiclone
5. 065468 Neomycin Sulfate
6. 078472 Pioglitazone
7. 091450 Pramipexole Dihydrochloride
8. 073685 Lactulose (ACILAC)
9. 073686 Lactulose (LAXILOSE)

**F. OH Facility**

OH Facility — Waterford — $1,345,085 — 0.0%

**G. OH Equipment**

OH Equipment — Big Shoulders — $250,000 — 0.0%

[1] Pursuant to Royalty Agreement between NPLLC and NLI.

**Project Cure | Summary by Party**

| | | | Winning Bid | | Backup Bid | |
|---|---|---|---|---|---|---|
| | | | Bid Amount | Holdback % | Bid Amount | Holdback % |
| **1.** | **ANI** | | | | | |
| 1. | 076756 | Metformin (Glucophage)[1] | $200,000 | 5.0% | | |
| 2. | 012546 | TENUATE® DOSPAN | $200,000 | 0.0% | | |
| 3. | 088629 | Acetaminophen and Codeine Phosphate | $500,000 | 0.0% | | |
| 4. | 076697 | Carbamazepine | $800,000 | 0.0% | | |
| | **Total** | | **$1,700,000** | | | |
| **2.** | **Aviv** | | | | | |
| 1. | 209560 | Doxycycline Tablets | $100,000 | 0.0% | | |
| 2. | | 9 Discontinued ANDAs listed in Final Bid Lots Summary | $500,000 | 0.0% | | |
| | **Total** | | **$600,000** | | | |
| **3.** | **Big Shoulders** | | | | | |
| 1. | | OH Equipment | $250,000 | 0.0% | | |
| | **Total** | | **$250,000** | | | |
| **4.** | **Bionpharma** | | | | | |
| 1. | 209393 | Doxycycline Capsules | $50,000 | 0.0% | | |
| | **Total** | | **$50,000** | | | |
| **5.** | **Chartwell** | | | | | |
| 1. | 074415 | Sucralfate | $4,250,000 | 0.0% | | |
| 2. | 090180 | Promethazine Hydrochloride and Codeine Phosphate | $275,000 | 0.0% | | |
| 3. | 088764 | Promethazine, Phenylephrine Hydrochloride and Codeine Phosphate | $100,000 | 0.0% | | |
| | **Total** | | **$4,625,000** | | | |
| **6.** | **Everest** | | | | | |
| 1. | | KC Facility + 25 ANDAs listed in Final Bid Lots Summary[2] | $1,900,000 | 0.0% | | |
| 2. | 203179 | Calcium Acetate | $275,000 | 0.0% | | |
| 3. | 074415 | Sucralfate | | | $4,000,000 | 0.0% |
| | **Total** | | **$2,175,000** | | **$4,000,000** | |
| **7.** | **Kesin** | | | | | |
| 1. | 040891 | Promethazine Hydrochloride | | | $150,000 | 0.0% |
| | **Total** | | | | **$150,000** | |

(1) *Pursuant to Product License and Product Purchase Agreement between NPLLC and NLI.*
(2) *Contains one ANDA pursuant to Royalty Agreement between NPLLC and NLI and one ANDA pursuant to Product License and Product Purchase Agreement between NPLLC and NLI.*

# Project Cure | Summary by Party

| | | | Winning Bid | | Backup Bid | |
|---|---|---|---|---|---|---|
| | | | Bid Amount | Holdback % | Bid Amount | Holdback % |
| **8.** | **PAI** | | | | | |
| 1. | 077105 | Group of 5 OH ANDAs listed in Final Bid Lots Summary | $350,000 | 0.0% | $225,000 | 0.0% |
| 2. | 077105 | Valproic Acid | | | | |
| | **Total** | | **$350,000** | | **$225,000** | |
| **9.** | **Solis** | | | | | |
| 1. | 074118 | Piroxicam | $200,000 | 5.0% | | |
| 2. | 077708 | Cilostazol | $200,000 | 0.0% | | |
| 3. | 203887 | Dapsone | $300,000 | 5.0% | | |
| 4. | 076697 | Carbamazepine | | | $750,000 | 0.0% |
| 5. | | Group of 5 OH ANDAs listed in Final Bid Lots Summary[1] | $250,000 | 0.0% | | |
| 6. | 075292 | Fluoxetine Hydrochloride | $275,000 | 0.0% | | |
| 7. | 077105 | Valproic Acid | | | $325,000 | 0.0% |
| | **Total** | | **$1,225,000** | | **$1,075,000** | |
| **7.** | **Strides** | | | | | |
| 1. | 077723 | Hydrocodone Bitartrate and Ibuprofen | $200,000 | 0.0% | | |
| 2. | 204954 | Methylphenidate Chewable Tablets | $200,000 | 0.0% | | |
| 3. | 088629 | Acetaminophen and Codeine Phosphate | | | $400,000 | 0.0% |
| 4. | 203887 | Dapsone | | | $250,000 | 0.0% |
| 5. | 203179 | Calcium Acetate | | | $250,000 | 0.0% |
| 6. | 075292 | Fluoxetine Hydrochloride | | | $250,000 | 0.0% |
| 7. | 090180 | Promethazine Hydrochloride and Codeine Phosphate | $175,000 | 0.0% | | |
| 8. | 040891 | Promethazine Hydrochloride | $1,500,000 | 0.0% | | |
| 9. | 201355 | Nitrofurantoin | | | $250,000 | 0.0% |
| | **Total** | | **$2,075,000** | | **$1,400,000** | |
| **10.** | **Waterford** | | | | | |
| 1. | | OH Facility | $1,345,085 | 0.0% | | |
| | **Total** | | **$1,345,085** | | | |

(1) *Contains one ANDA pursuant to Royalty Agreement between NPLLC and NLI.*

Total Winning Bid (Total of all parties): **$575,000** / **$3,475,000** / **$2,300,000** / **$1,345,085**