UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 AND 9
Fran B. Steele, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  Fran.B.Steele@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| _____ | : | Case No. 24-19611 (JKS) |
| In re: | : |  |
|  | : | Chapter 11 |
| Nostrum Laboratories, Inc., | : |  |
|  | : | The Honorable John K. Sherwood |
|  | : |  |
| Debtor. | : | Hearing Date: April 28, 2026, at 10:00 a.m. |
| _____ | : |  |

**NOTICE OF MOTION OF THE UNITED STATES TRUSTEE UNDER 11 U.S.C. §1112(b) FOR AN ORDER CONVERTING CASE TO CHAPTER 7 OR, IN THE ALTERNATIVE, DISMISSING THE CASE**

**TO:  ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that the United States Trustee will move before the

Honorable John K. Sherwood on April 28, 2026 at 10:00 a.m. or as soon thereafter as counsel

may be heard, at the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street,

Newark, NJ 07102, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7 or, in

the alternative, Dismissing Case and for such other and further relief as this Court deems just and

appropriate.

PLEASE TAKE FURTHER NOTICE that the United States Trustee shall rely upon

the Memorandum of Law and Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee no later than seven days in advance of the hearing date pursuant to District of New Jersey Local Bankruptcy Rule 9013-2(a)(2).  If opposing papers are not filed and served within the required time, the Motion shall be deemed uncontested pursuant to District of New Jersey Local Bankruptcy Rule 9013-3(d) and an Order Converting Case to Chapter 7, or in the alternative, Dismissing Case may be signed and entered in the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to District of New Jersey Local Bankruptcy Rule 9013-3(d) oral argument is requested.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9


*/s/ Fran B. Steele*
Fran B. Steele
Trial Attorney

DATED: March 31, 2026